# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Joe Wesley Baldwin, Jr.         Docket No. 5:08-CR-53-1BO

### Petition for Action on Supervised Release

  COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joe Wesley Baldwin, Jr., who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 5, 2009, to the custody of the Bureau of Prisons for a term of 63 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1.  The defendant shall pay a special assessment of $100.00.

  Joe Wesley Baldwin, Jr. is scheduled to be released from prison on or about March 5, 2013, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

  Mr. Baldwin has requested permission to reside with his parents, Francine and Joe Wesley Baldwin, Sr., in Chapel Hill, North Carolina, located in the Middle District of North Carolina, upon his release. The probation office in the Middle District of North Carolina has determined the proposed residence appears to be appropriate for relocation purposes. However, due to the defendant's history of convictions for drug related crimes, as well as his history of drug use, the Middle District of North Carolina is requiring that the defendant agree to include their conditions for substance abuse treatment, testing, and warrantless searches before they will accept Mr. Baldwin's case for relocation to their district. Mr. Baldwin has signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall submit to substance abuse testing, at anytime, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.

2. The defendant shall submit his person, residence, office, vehicle, or any property under his control to a warrantless search. Such search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain | /s/Scott Plaster |
| Michael C. Brittain | Scott Plaster |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: May 21, 2012 |

## ORDER OF COURT

Considered and ordered this ___ day of _____, 2012, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge